IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

WILLIAM HENRY OTTO,              )
                                 )
        Petitioner,              )
                                 )
    v.                           )        Case No. 1:25-cv-00145-AGF
                                 )
UNITED STATES OF AMERICA,        )
                                 )
        Respondent.              )

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner William Henry Otto's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. Petitioner has filed a nearly identical motion under § 2255 with respect to his related criminal case before Senior District Judge Stephen N. Limbaugh, Jr.  *See* Case Nos. 1:25-cv-00144-SNLJ, 1:23-cr-00122-SNLJ.

Upon review of the filings, the Court believes that material issues of fact that cannot be resolved on the record have been raised solely with respect to Petitioner's Ground Three in both § 2255 cases.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall promptly meet and confer and shall file a notice by no later than **April 20, 2026**, advising the Court whether the parties agree to consolidate this case with Case No. 1:25-cv-00144-SNLJ solely for the purpose of conducting an evidentiary hearing on Ground Three only, over which the undersigned would preside.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 6th day of April, 2026.