IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM HENRY OTTO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-00145-AGF |
| | ) | |
| UNITED STATES OF AMERICA, ) | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter came before the Court for an evidentiary hearing on Ground Three of

Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence in this

case and his nearly identical motion in Case No. 1:25-cv-00144-SNLJ, which was previously

consolidated with this case for the sole purpose of holding such an evidentiary hearing.  At the

start of the hearing, Petitioner, under oath, swore that he was waiving his right to an evidentiary

hearing in both § 2255 cases.  Petitioner further made an oral motion voluntary dismiss his

§ 2255 motion, indicating that he intended to file written motions to dismiss in both § 2255

cases.

Accordingly, based on Petitioner's sworn representations of Petitioner on the record on

June 15, 2026,

**IT IS HEREBY ORDERED** that the Clerk of Court shall unconsolidate  Case No. 1:25-

cv-00144-SNLJ from this case and return Case No. 1:25-cv-00144-SNLJ to the docket of Senior

United States District Judge Stephen N. Limbaugh, Jr.

**IT IS FURTHER ORDERED** Petitioner's oral motion to voluntarily dismiss his motions under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence in this case is **GRANTED**, with the Court noting that a written motion to dismiss is also anticipated.

**IT IS FURTHER ORDERED** that the Clerk of Court shall file a copy of this Order in both this case and in Case No. 1:25-cv-00144-SNLJ.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 15th day of June, 2026.